IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | CRIMINAL NO. 13-00016-CG |
| RICARDO MORON, | ) | |
| Defendant. | ) | |

## ORDER OF DETENTION

This matter came on for a bond revocation hearing this date, at which the defendant did not contest the allegations in the U. S. Probation report. The United States orally moved for revocation of the defendant's conditions of release, and said motion was granted.

In light of the fact that the defendant has entered a plea of guilty, and because this is a presumption case, and the government is not requesting that the defendant remain on conditions of release in order to complete his cooperation, the order setting conditions of release entered on January 9, 2013 (Doc. 17) hereby is **REVOKED**, and the defendant is **REMANDED** to the custody of the U.S. Marshal, pending the sentencing hearing currently scheduled for October 15, 2013, at 1:00 p.m., to be held in courtroom 2B, United States Courthouse, Mobile, Alabama.

The United States Marshal is **ORDERED** to produce the defendant for the sentencing hearing.

**DONE and ORDERED** this 11th day of September, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE